THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**CHARLESTON DIVISION**

RANDAL ADOLFO RAMIREZ,

Petitioner,

   v.

CIVIL ACTION NO.   3:26-cv-00390

DAVID VENTURELLA, et al.,

Respondents.

**ORDER TO SHOW CAUSE**

On May 29, 2026, Petitioner Randal Adolfo Ramirez was arrested on one criminal misdemeanor for driving under the influence. The magistrate granted bail, but Petitioner's bail was not paid until June 8, 2026, when he obtained counsel and appeared in Cabell County Court. Finally having paid bail, Petitioner remains in custody, allegedly "at the request of Immigration and Customs Enforcement." [ECF No. 1, at 5]. Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [ECF No. 1]. He filed the petition because he remains in state custody in Western Regional Jail.

By statute the court must quickly resolve this matter:

> A court, justice or judge entertaining an application for a writ of habeas corpus *shall forthwith* award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto.

28 U.S.C. § 2243 (emphasis added). *See also* 28 U.S.C. § 1651 (All Writs Act); *Gonzalez-Pablo v. Mason*, 788 F. Supp. 3d 759 (S.D. W. Va. 2025) (Goodwin, J.); *Larrazabal-Gonzalez v. Mason*, No. 2:26-cv-00049, 2026 WL 221706 (S.D. W. Va. Jan. 28, 2026) (Goodwin, J.).

Accordingly, Petitioner's motion for immediate relief, [ECF No. 4], is **GRANTED in part.**

It is **ORDERED** that this case shall proceed as follows:

(1) Respondents **shall not remove or facilitate the removal** of Petitioner from the Southern District of West Virginia pending further order of the court;

(2) Respondents shall file a written response to this Order on why the Petition for Writ of Habeas Corpus should not be granted by **Thursday, June 12, 2026;**

(3) Counsel for Petitioner shall ensure that Respondents are **IMMEDIATELY** served with the Petition, [ECF No. 1], his motion, [ECF No. 4], and this Order to Show Cause.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:        June 8, 2026

_____

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2